IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICIA KAREN MCLEAN,

    Plaintiff,

v.                                  Case No. 5:11cv46/MCR/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 17, 2012 (doc. 17). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Commissioner's decision is **AFFIRMED**.

3. This cause is **DISMISSED** and the Clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of March, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**